3:24-mj-00070

DISTRICT OF OREGON: ss,                              AFFIDAVIT OF DAVID SLAFSKY

## Affidavit in Support of a Criminal Complaint

I, David Slafsky, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1.      I am a Special Agent with Homeland Security Investigations (HSI) and have been since March of 2022.  I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and I am authorized by law to conduct investigations and to make arrests for felony offenses.  I am currently assigned to the Assistant Special Agent in Charge, Portland, Oregon.  I was previously employed as a Special Agent with the Social Security Administration – Office of Inspector General (SSA-OIG) from October 2015 until March 2022.  Prior to my employment at SSA-OIG, I was a Special Agent with the Internal Revenue Service – Criminal Investigation (IRS-CI) division from August of 2009 until October 2015.  I am authorized and assigned to investigate violations of federal laws, including 21 U.S.C. §§ 841(a)(1), 846, 848, and 843(b) of the Drug Abuse Prevention and Control Act of 1970; that is, possession with intent to distribute and the distribution of controlled substances, conspiracy to commit such offenses, the operation of a continuing criminal enterprise, and the use of a communication facility to facilitate a felony violation of the Drug Abuse Prevention and Control Act of 1970.  I have participated in investigations alleging violations of numerous federal crimes including fraud, conspiracy, money laundering, theft and drug trafficking.  I have also acquired knowledge and information about the illegal drug trade and the various meansand methods by which it is furthered including through the use of computers, smart phones, digital media and the Internet from formal and informal training, other law enforcement officers and investigators, informants, individuals I have arrested and/or interviewed, and from my participation in other

**Affidavit of Special Agent David Slafsky**                              **Page 1**

investigations.  I am currently detailed to the High Intensity Drug Trafficking Area (HIDTA) Interdiction Taskforce (HIT) located at the Portland Police Bureau's (PPB) Narcotics and Organized Crime (NOC) Unit.

2.      This affidavit is based upon a joint investigation conducted by PPB NOC, and HSI referred to hereafter collectively as "Investigators."

### Purpose of Affidavit

3.      This affidavit is submitted to support a criminal complaint and arrest warrant for **Bridget Hadley RYAN**, a white female, date of birth xx/xx/1981 (hereinafter referenced as "**RYAN**"), for committing the crimes of:

- Distribution and Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C);

- Maintaining a Drug-Involved Premises, in violation of 21 U.S.C. § 856; and,

- Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C § 924(c).

4.      I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below; from oral and written reports of other law enforcement officers; and, from records, documents and other evidence obtained during this investigation.

### Summary of Probable Cause

5.      On April 14, 2024, I requested and the court approved, federal search warrants for **RYAN**'s residence located at 226 NW MacLeay Boulevard, Portland, Oregon; **RYAN**'s person; and, a vehicle associated to **RYAN**.  The search warrants were based upon probable cause that **RYAN** supplied drugs to three individuals who subsequently overdosed and died, that she was

///

**Affidavit of Special Agent David Slafsky**                                                    **Page 2**

continuing to sell drugs from her residence at 226 NW MacLeay Boulevard, Portland, Oregon, and that she was also allowing people to buy and use drugs within her residence.

6.    On the morning of April 16, 2024, the federal search warrants were executed. **RYAN** was located inside the residence and was arrested.  Within her pocket Investigators located a small black and clear plastic baggie containing 26 blue counterfeit M30 pills, suspected to contain fentanyl.  The pills were field tested and returned a positive field test for fentanyl, a Schedule II controlled substance.

7.    Within **RYAN**'s bedroom, on the basement level of the residence, Investigators found:

- A small red and clear plastic bag containing approximately 1 gram of white residue, which was field tested and returned a positive field test for fentanyl;

- A small purple and clear plastic bag with spider images on it containing three (3) blue counterfeit M30 pills, which were field tested and returned a positive field test for fentanyl;

- A small black and clear plastic bag with gold skull images on it containing 20 squares of blotter paper, which Investigators believe contain suspected lysergic acid diethylamide (LSD), a Schedule I controlled substance;

- A clear bag containing approximately 46 grams of suspected psilocybin mushrooms, a Schedule I controlled substance;

- A small black lockbox with packaging materials and apparent fentanyl powder residue;

- A small digital scale with apparent fentanyl powder residue, the surface of the scale was field tested and returned a positive test for fentanyl;

**Affidavit of Special Agent David Slafsky**                                    **Page 3**

- Two small clear plastic bags with apparent fentanyl powder residue;

- A small clear and black plastic bag containing two round orange pills, which were field tested and returned a positive field test for fentanyl; and,

- A small pink bag containing chunks of fentanyl weighing approximately two (2) grams, which field tested positive field test for fentanyl.

8. A photograph depicting some of the various baggies located in **RYAN**'s residence is below:



9. During the search of **RYAN**'s bedroom Investigators also located multiple notebooks that I know, based upon my training and experience, to be drug ledgers showing the amounts and value of various controlled substances being distributed. For example, from my training an experience and involvement in this investigation I believe that the reference to "1/2 grm. pow 40.00" refers to one-half of a gram of powdered fentanyl being sold for $40, which is consistent with what I know of fentanyl pricing in the Portland metropolitan area. I believe the reference to "10 blue 30.00" refers to 10 blue counterfeit M30 pills being sold for $30. I know

**Affidavit of Special Agent David Slafsky**                                    **Page 4**

"blue" is a common reference to counterfeit blue M30 pills manufactured with fentanyl and, although the price would be considered high in Portland, it appears consistent with **RYAN**'s sales in the past.  Some of the pages of the ledgers are depicted below:



///

///

///



///

///

///



10.    In **RYAN**'s bedroom Investigators also located a 3" x 5" notecard taped to the wall which showed her phone number (503)789-6829 and her CashTag "$bridgwit."  I know, based on my training and experience that a CashTag is effectively a username associated with the CashApp person to person payment application.  The application can be downloaded to various electronic devices and allows users to send money directly to anyone, as long as they know either the phone number or CashTag to direct the payment to.  I know that it is very common for drug dealers to use CashApp to both receive payment from customers buying drugs and to pay their own suppliers for the drugs that they purchase for purposes of further distribution.

11.    During the search of **RYAN**'s bedroom investigators also located a loaded Iver-Johnson model 50A Sidewinder .22 caliber revolver.  The firearm was located between the

**Affidavit of Special Agent David Slafsky**                                                    **Page 7**

mattress and box spring of **RYAN**'s bed, next to a digital scale with fentanyl residue, mentioned above.  When **RYAN** was initially contacted by Investigators during the search warrant execution she announced to Investigators "I have a gun under the bed."  A photograph of the gun is depicted below:



12.     During the service of the search warrant, in all the rooms located on the upstairs floor of the residence and throughout the basement where **RYAN** resided, Investigators found repeated indicia of drug use and drug use paraphernalia, to include various size plastic zip top baggies, foil with burnt powder residue on it, new and used hypodermic needles, straws, lighters and torches, razor blades, and small scales with powder residue that tested positive for fentanyl. Further, investigators located Naloxone (commonly referred to as Narcan, an opioid antagonist that that rapidly reverses an opioid overdose) spread throughout the residence, in both the nasal spray and injectable forms.  Naloxone is an over-the-counter opioid overdose treatment that is commonly available, but I know based on my training and experience that its presence is often indicative of drug use as its purpose is to counteract potential overdoses.

///

**Affidavit of Special Agent David Slafsky**                                              **Page 8**

13.     Within the residence Investigators located Adult Witness 1. Adult Witness 1 was briefly questioned on scene and told Investigators that he was a fentanyl user and purchased $20 of powdered fentanyl from **RYAN** on April 15, 2024, and that he then smoked the fentanyl at **RYAN**'s residence.

14.     Within the residence Investigators also located Adult Witness 2. Adult Witness 2 was briefly questioned on scene and told Investigators that he was a methamphetamine user and paid $700 per month to **RYAN** to rent a room at the house.

15.     **RYAN**'s mother was questioned regarding her knowledge of the people coming and going from the house. **RYAN**'s mother said she knew **RYAN** was a heroin user and had been for years. **RYAN**'s mother stated that **RYAN** was in charge of who came and went from the house. **RYAN**'s mother stated she recalled having arguments with **RYAN** about the number of people coming to and from the house. **RYAN**'s mother was concerned because **RYAN**'s father still lived in the house and there were multiple people coming and going from the house. **RYAN**'s mother referred to the visitors to the house as "street people." **RYAN** told her mother that "her friends could come over if she wanted them to." An April 2024, review of a PPB law enforcement database located several drug house complaints related to both 226 NW Macleay and **RYAN**, stretching back to 2021.

16.     As part of the search, Investigators seized **RYAN**'s cell phone. I called phone number (503) 789-6829 in order to confirm that the phone belonged to **RYAN** and I observed my cellphone number appear on the screen as an incoming call.

17.     Investigators reviewed photographs on **RYAN**'s phone and found two photographs dated August 12, 2021. Investigators then compared those photographs to images retrieved from the phones of Adult Victim 1 and Adult Victim 2 (two of the overdose victims referenced above).

**Affidavit of Special Agent David Slafsky**                                    **Page 9**

These photographs appear to be the same photographs **RYAN** sent to Adult Victims 1 and 2 advertising the sale of counterfeit M30 pills, suspected to contain fentanyl.  Side-by-side comparisons of the photographs from **RYAN**'s phone and the Adult Victim phones are depicted below:

<u>**RYAN**'s phone</u>                    <u>Adult Victim 1</u>

     

<u>**RYAN**'s phone</u>                    <u>Adult Victim 2</u>

     

18.    Investigators continued to review the contents of **RYAN**'s cell phone and identified a text message string which **RYAN** had saved under the contact name "J-rad," who Investigators know to be Adult Victim 3 (another of the overdose victims mentioned above).  **RYAN** texted

**Affidavit of Special Agent David Slafsky**                                        **Page 10**

Adult Victim 3 her address at approximately 8:54 AM on November 16, 2024, and Adult Victim 3

responded "Where in n portland" on November 17, 2024.  A depiction of those text messages from

both **RYAN**'s phone and Adult Victim 3's phone is shown below:

<u>**RYAN**'s Phone</u>                     <u>Adult Victim 3</u>

     

19.     I know that drug traffickers are increasingly selling both blue counterfeit M30

prescription pills that are manufactured with fentanyl and loose powder fentanyl.  Fentanyl is a

Schedule II controlled substance. These counterfeit M30 pills are designed to replicate real 30 mg

Oxycodone pills, which are round, often blue in color, and stamped with an "M" and "30" on them

and weigh approximately 1/10th of a gram.  I have seen and been involved in the seizure of tens of

thousands of these counterfeit M30 pills and both field tests and forensic laboratory analysis

conducted on samples of these pills have confirmed the presence of fentanyl within them.  I know

a typical user of fentanyl will either buy powdered fentanyl or counterfeit M30 pills that they will

then burn it on a piece of tin foil and inhale the fumes.  Sometimes a user will simply ingest the

pills or inhale the powdered fentanyl.  These M30 pills can sell on the streets to a user for as little

**Affidavit of Special Agent David Slafsky**                                             **Page 11**

as a $1 a pill. Depending on their level of addiction, I know that a typical fentanyl user buying pills may buy and use between one (1) and 20 pills a day, and sometimes more.  I know that a user of powdered fentanyl will use it in quantities of less than 1/10 of a gram.  I also know that dealers of pills will often buy pills in bulk quantities and then repackage the pills into smaller quantities.  I know that dealers of powdered fentanyl will often buy fentanyl in larger quantities and then break off and sell it in smaller qualities of a gram or less.  I know that a person possessing over a gram of fentanyl powder or pills typically does not possess it for personal use but rather such a quantity indicates that it is possessed for purposes of further distribution.

20.    I am familiar with how drug traffickers package and distribute narcotics.  I know that drug dealers will often repackage drugs into smaller zip top style baggies.  These baggies often have combinations of colors and markings embossed on the surface which drug dealers use both to associate with their "brand" of drugs, and to identify different types of drugs they may have stored in the same location.  During the search of **RYAN**'s premises, Investigators located multiple types of baggies with various color and pattern combinations.  I know based on my training and experience that possession of these baggies is indicative of the intent to distribute narcotics.

21.    Drug dealers often maintain such ledgers to keep track of drugs they have sold, and which of their customers have, or have not paid them, and the value of what was sold and/or owed.  It is common during the search of drug dealer's homes and person to locate such ledgers as they are a tool of the trade for drug dealers and indicate ongoing sales of controlled substances.  I have not seen a mere user of controlled substances possess a drug ledger recording the sales or purchases of controlled substances, but rather have only found such ledgers connected to people involved in the sale of such controlled substances.

**Affidavit of Special Agent David Slafsky**                                          **Page 12**

22.     I also know, based on my training and experience, that drug dealers often possess firearms as another tool of the trade in dealing controlled substances.  Drug dealers possess firearms for several reasons to include, protecting themselves, their supply of narcotics, and the proceeds of their narcotics sales.  I know that drug dealing is a dangerous business and that drug dealers often need to protect themselves that that just the presence of a gun during a drug deal can deter someone from attempting to rob a dealer and provide them with some level of protection.

23.     I know that drug dealers will sometimes set up or utilize a residence, often referred to as a "drug house," from which they deal drugs directly to customers, particularly lower level users and addicts.  These "drug houses" can also function as a place where users of illegal controlled substances can purchase and then use the drugs as well.  "Drug houses" typically bring with them an increase in both vehicle and foot traffic as users and addicts will come to the location to buy, and sometimes use drugs, and then leave.  Inside "drug houses" it is common to find controlled substances as well as paraphernalia used to consume controlled substances, such as small pieces of foil used for burning controlled substances, small pipes used for inhaling the smoke from burning controlled substances, needles used for injecting controlled substances, scales for weighing controlled substances, spoons and small mixing devices used for preparing controlled substances to ingest, and lighters used for burning controlled substances to inhale. Based on my training and experience, after seeing the drug paraphernalia inside **RYAN**'s residence, reviewing statements made to Investigators, reviewing neighborhood complaints made about activity at the residence, and speaking to **RYAN**'s mother, I believe **RYAN** was maintaining a residence where narcotics were regularly purchased, sold, and used.

///

///

**Affidavit of Special Agent David Slafsky**                                    **Page 13**

**Conclusion**

24.     Based on the foregoing, I have probable cause to believe, and I do believe, that

**Bridget Hadley RYAN** has committed the crimes of:

- •       Distribution and Possession with Intent to Distribute a Controlled
    Substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C);

- •       Maintaining a Drug-Involved Premises, in violation of 21 U.S.C. § 856; and,

- •       Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in
    violation of 18 U.S.C § 924(c).

I therefore request that the Court issue a criminal complaint and arrest warrant for

**RYAN**.

25.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney Scott Kerin.  AUSA Kerin advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*
David Slafsky Special Agent
Homeland Security Investigations

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __2:05 p.m.__ on April __17__, 2024.

_____
HON. STACIE F. BECKERMAN
UNITED STATES MAGISTRATE JUDGE